1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CIRON B. SPRINGFIELD,                        No.  2:13-cv-1442 LKK KJN P

12                    Plaintiff,

13          v.                                    ORDER

14   L. BENDER, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  By an order filed May 8, 2014, this court ordered plaintiff to complete and return

19   to the court, within thirty days, the USM-285 forms and copies of his September 30, 2014

20   amended complaint which are required to effect service on the defendants.  On June 12, 2014,

21   plaintiff submitted the USM-285 forms but failed to provide three copies of the amended

22   complaint.

23          Accordingly, IT IS HEREBY ORDERED that within thirty days, plaintiff shall submit to

24   the court three copies of the amended complaint required to effect service.  Failure to return the

25   copies within the specified time period will result in a recommendation that this action be

26   dismissed.

27   Dated:  June 26, 2014

                                                 KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

28   /spri1442.8f

                                                  1