1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CIRON B.SPRINGFIELD,                          No. 2:13-cv-1442 LKK KJN P

12            Plaintiff,

13        v.                                        REVISED SCHEDULING ORDER

14   L. BENDER, et al.

15            Defendants.

16

17        Plaintiff is a state prisoner, proceeding without counsel.  Defendants filed a motion to

18   extend the discovery deadline.  Due to a quarantine in the wing where plaintiff is housed, plaintiff

19   was unavailable for deposition.  The quarantine length is uncertain, but may well extend beyond

20   the present discovery deadline of February 6, 2015.  Good cause appearing, defendants' request is

21   granted.  Fed. R. Civ. P. 16(b).

22        IT IS HEREBY ORDERED that:

23        1.  Defendants' request (ECF No. 27) is granted;

24        2.  The parties may conduct discovery until March 6, 2015.  Any motions necessary to

25   compel discovery shall be filed by that date.

26   ////

27   ////

28   ////

1

1      3.  All pretrial motions, except motions to compel discovery, shall be filed on or before

2  June 1, 2015.

3  Dated:  February 11, 2015

4

5  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

6

7  /spri1442.41r

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28