UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>   Plaintiff,<br><br>   v.<br><br>L. BENDER, et al.,<br><br>   Defendants. | No. 2:13-cv-1442 KJN P<br><br><br>ORDER STAYING PRETRIAL MOTIONS DEADLINE |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is presently set for mediation on October 22, 2015, before the Honorable Craig M. Kellison, United States Magistrate Judge. On July 31, 2015, defendants filed a motion to stay the pretrial motions deadline pending outcome of the mediation.

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

////

1

Good cause appearing, defendants' motion to stay the pretrial motions deadline is granted. Such deadline will be reset, if appropriate, following the mediation.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to stay the pretrial motions deadline (ECF No. 38) is granted;

2. The August 17, 2015 pretrial motions deadline (ECF No. 36 at 7) is vacated;

3. The pretrial motions deadline is stayed pending the outcome of mediation; and

4. If mediation is unsuccessful, the pretrial motions deadline will be reset to sixty days after the court is notified of the outcome of mediation.

Dated:  August 3, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/spri1442.stay