UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, | No. 2:13-cv-1442 KJN P |
| Plaintiff, | |
| v. | ORDER |
| L. BENDER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Both parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). The court has determined that this case would benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Craig M. Kellison to conduct a settlement conference at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #4 on October 22, 2015, at 9:00 a.m.

A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Craig M. Kellison on October 22, 2015, at 9:00 a.m., at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #4.

1       2. A representative with full and unlimited authority to negotiate and enter into a binding
2  settlement on the defendants' behalf shall attend in person.
3       3. Those in attendance must be prepared to discuss the claims, defenses and damages.
4  The failure of any counsel, party or authorized person subject to this order to appear in person
5  may result in the imposition of sanctions.  In addition, the conference will not proceed and will be
6  reset to another date.
7       4. Judge Kellison or another representative from the court will be contacting the parties
8  either by telephone or in person, approximately one week prior to the settlement conference, to
9  ascertain each party's expectations of the settlement conference.
10  Dated:  August 3, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spri1442.med