UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, | No. 2:13-cv-1442 KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| L. BENDER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Both parties consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). On October 22, 2015, following a settlement conference before another magistrate judge, the parties settled the above-captioned case. (ECF No. 45.) The court now orders that dispositional documents be filed no later than sixty days from the date of this order.

All hearing dates currently set in this matter are hereby vacated.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

Accordingly, IT IS HEREBY ORDERED that dispositional documents shall be filed no later than sixty days from the date of this order.

Dated: November 12, 2015

spri1442.set

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE