UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. BENDER, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-1442 KJN P<br><br><br>ORDER |

All parties have stipulated that this action be dismissed. (ECF No. 47.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: January 27, 2016

spri1442.59c

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1