UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, | No. 2:13-cv-1442 KJN P |
| Plaintiff, | |
| v. | ORDER |
| L. BENDER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff has filed two requests concerning the enforcement of his settlement agreement. The record reflects that on October 22, 2015, another magistrate judge settled this action. On January 11, 2016, both sides signed a stipulation for voluntary dismissal of this action, and this case was dismissed with prejudice on January 28, 2016. (ECF Nos. 47, 48.) Plaintiff now claims that he has not received the settlement proceeds.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, defendants shall respond to plaintiff's requests (ECF Nos. 49, 50) and inform the court of the status of the payment of the settlement proceeds.

Dated: June 14, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/spri1442.set.fb

1